ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>☒ FORBCO MANAGEMENT CORPORATION,<br>  a California corporation<br>☒ FORBCO SIZZLER PARTNERS, L.P.,<br>  a California limited partnership<br>☒ W & J HIGGINS INVESTMENTS L.P.,<br>  a California limited partnership<br>☒ L & G RESTAURANTS, LLC,<br>  a California limited liability company,<br><br>Debtors and<br>Debtors-in-Possession. | Case No. 8:11-bk-11428 RK<br><br>Jointly Administered with Case Nos.<br>8:11-bk-11439 RK; 8:11-bk-11442 RK;<br>8:11-bk-11444-RK<br><br>Chapter 11 Proceedings<br><br>**NOTICE TO CREDITORS AND PARTIES-IN-INTEREST OF HEARINGS ON DEBTORS' "FIRST DAY" MOTIONS**<br><br>DATE:   February 11, 2011<br>TIME:   9:30 a.m.<br>CTRM:  5D<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

**TO CERTAIN CREDITORS AND PARTIES-IN-INTEREST:**

NOTICE IS HEREBY GIVEN that, on February 11, 2011 at 9:30 a.m., in Courtroom 5D of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, hearings will be held on the following Motions:

A. **DEBTORS' EMERGENCY MOTION FOR ORDER (1) AUTHORIZING USE OF ANY CASH COLLATERAL OF SECURED CLAIMANTS; AND (2) SETTING FINAL HEARING ON THE MOTION;**
B. **DEBTORS' EMERGENCY MOTION TO LIMIT NOTICE OF CERTAIN MATTERS REQUIRING NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE;**
C. **DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING (1) PAYMENT OF PRE-PETITION PAYROLL; AND (2) RETENTION OF ACCOUNT USED TO FUND PRE-PETITION PAYROLL; AND**
D. **DEBTORS' EMERGENCY MOTION FOR ORDER (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) SETTING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT UNDER SECTION 366 OF THE BANKRUPTCY CODE.**

If you do not oppose the relief requested by any of the Motions, you need take no further. If you oppose the relief requested by any of the Motions, your opposition, if any, to any of the Motions is due at the time and place set for the hearings on the Motions.

True and complete copies of the Motions and the Declaration of Ronald Jeffrey Higgins filed in support of the Motions are served concurrently herewith.

DATED: February 9, 2011

                                                **WINTHROP COUCHOT**
                                                **PROFESSIONAL CORPORATION**

                                                By: _____
                                                     Robert E. Opera
                                                     Kavita Gupta
                                                     [Proposed] General Insolvency Counsel for
                                                     Debtors and Debtors-in-Possession