1  ROBERT E. OPERA – State Bar No. 101182
   ropera@winthropcouchot.com
2  KAVITA GUPTA – State Bar No. 138505
   kgupta@winthropcouchot.com
3  **WINTHROP COUCHOT**
4  **PROFESSIONAL CORPORATION**
   660 Newport Center Drive, Suite 400
5  Newport Beach, CA 92660
   Telephone: (949) 720-4100
6  Facsimile: (949) 720-4111

7
   [Proposed] General Insolvency Counsel for
8  Debtors and Debtors-in-Possession

9              **UNITED STATES BANKRUPTCY COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11                    **SANTA ANA DIVISION**

12

13 | In re:                                           | Case No. 8:11-bk-11428 RK

14 | ☒ FORBCO MANAGEMENT                              | Jointly Administered with Case Nos.
   |   CORPORATION, a California                     | 8:11-bk-11439 RK; 8:11-bk-11442 RK;
15 |   corporation                                   | 8:11-bk-11444 RK
16 | ☒ FORBCO SIZZLER PARTNERS, L.P.,
   |   a California limited partnership              | Chapter 11 Proceedings
17 | ☒ W & J HIGGINS INVESTMENTS L.P.,
   |   a California limited partnership              | **DECLARATION OF SUSAN CONNOR RE**
18 | ☒ L & G RESTAURANTS, LLC,                        | **SERVICE OF "FIRST DAY MOTIONS"**
   |   a California limited liability company        | **AND NOTICE OF HEARING THEREON**
19

20                                                   1.  **CASH COLLATERAL**
              Debtors and                            2.  **PAYROLL**
21            Debtors-in-Possession.                 3.  **UTILITY**
                                                     4.  **LIMIT NOTICE**
22

23                                                   DATE:    February 11, 2011
                                                     TIME:    9:30 a.m.
24                                                   PLACE:   Courtroom 5D
                                                              411 W. Fourth Street
25                                                            Santa Ana, California 92701

26

27

28

**PROOF OF SERVICE**

I, Susan Connor, declare and state:

1. I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

True and correct copies of the following documents described as:

A. **DEBTORS' EMERGENCY MOTION FOR ORDER (1) AUTHORIZING USE OF ANY CASH COLLATERAL OF SECURED CLAIMANTS; AND (2) SETTING FINAL HEARING ON THE MOTION;**

B. **DEBTORS' EMERGENCY MOTION TO LIMIT NOTICE OF CERTAIN MATTERS REQUIRING NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE;**

C. **DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING (1) PAYMENT OF PRE-PETITION PAYROLL; AND (2) RETENTION OF ACCOUNT USED TO FUND PRE-PETITION PAYROLL;**

D. **DEBTORS' EMERGENCY MOTION FOR ORDER (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) SETTING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT UNDER SECTION 366 OF TE BANKRUPTCY CODE;**

E. **DECLARATION OF RONALD JEFFREY HIGGINS IN SUPPORT OF THE MOTIONS; AND**

F. **NOTICE TO CREDITORS OF HEARING ON "FIRST DAY" MOTIONS.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 9, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On February 9, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 9, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan
USBC – Santa Ana Division
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 9, 2011 | Susan Connor | |
|---|---|---|
| Date | Type Name | Signature |

-2-

## NEF SERVICE LIST

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

## SERVICE VIA OVERNIGHT DELIVERY

| | | |
|---|---|---|
| Forbco Management Corporation<br>Attn: Ronald Jeffrey Higgins, Pres.<br>27121 Towne Centre Dr., #250<br>Foothill Ranch, CA 92610 | Office of the U.S. Trustee<br>Michael Hauser, Esq.<br>411 W. Fourth St., #9041<br>Santa Ana, CA 92701-4593 | *Forbco Joint Administration*<br>*Special Notice List*<br>*Document No. 157991* |
| A&B Carpet Cleaning<br>Attn: Arthur B. Fuss<br>6536 Fulton Ave.<br>Van Nuys, CA 91401-1305 | ADT Security Services, Inc.<br>Attn: Kevin Leedy<br>P.O. Box 379156<br>Pittsburgh, PA 15250-7956 | Advance Rest. Fin Atn Mngng Mbr<br>c/o Collection At Law Inc.<br>3 Waters Park Dr., #231<br>San Mateo, CA 94403-1169 |
| Advance Rest. Finan Atn Mngng Mbr<br>c/o Collection at Law Inc.<br>3835 E. Thousand Oaks Blvd., #349<br>Westlake Village, CA 91362 | Allen E. Hom<br>17221 Lido Lane<br>Huntington Beach, CA 92647 | Anatora LLC<br>Attn: Moe Ghaneian<br>5333 University Dr.<br>Irvine, CA 92612 |
| Anthem Blue Cross<br>Attn: Corporate Officer<br>P.O. Box 629<br>Woodland Hills, CA 91365 | AT&T<br>Attn: Corporate Officer<br>Payment Center<br>Sacramento, CA 95887-0001 | Azusa Pacific University<br>Attn: David Reed<br>568 Foothill Blvd.<br>Azusa, CA 91702 |
| Bimbo Bakeries USA, Inc.<br>Attn: Terry<br>File No. 72176<br>Los Angeles, CA 90074 | BLR Properties<br>Attn: Larry Isaacs<br>75 Maryland Ave.<br>Berkeley, CA 94707 | California Water Service<br>Attn: Corporate Officer<br>2632 W. 237th St<br>Torrance, CA 90505 |
| Cintas Corporation #693<br>Attn: Corporate Officer<br>2829 Workman Mill Road<br>Whittier, CA 90601 | City Of Long Beach<br>Utilities Dept.<br>P.O. Box 630<br>Long Beach, CA 90842-0001 | City Of San Buenaventura<br>Attn: Melinda-<br>P.O. Box 2299<br>Ventura, CA 93002-2299 |
| Coast Paper & Ribbons, Inc.<br>Attn: Corporate Officer<br>1100 S. Cypress St., Unit #B<br>La Habra, CA 90631 | Corona I-15 & Magnolia<br>Attn: Ralph Neilson<br>2020 E. Orangethorpe<br>Fullerton, CA 92831 | Covad Communications<br>Attn: Corporate Officer<br>P.O. Box 39000, Dept. 33408<br>San Francisco, CA 94139-0001 |

| | | |
|---|---|---|
| Cucamonga Water<br>Attn: Corporate Officer<br>P.O. Box 638<br>Rancho Cucamonga, CA 91729-0638 | Culligan-Minneapolis<br>Attn: Corporate Officer<br>NW 5120, P.O. Box 1450<br>Minneapolis, MN 55485-5120 | DirecTV<br>Attn: Corporate Officer<br>P O Box 5392<br>Miami, FL 33152 |
| Ecolab- Pest Elimination<br>Attn: Corporate Officer<br>P.O. Box 6007<br>Grand Forks, ND 58206 - 6007 | Family Tree Produce<br>Attn: Anna Marie Miranda<br>5510 E. La Palma Ave.<br>Anaheim, CA 92807 | Farmer Bros. Co.<br>Attn: Corporate Officer<br>P.O. Box 79705<br>City of Industry, CA 91716-9705 |
| Golden State Water Service<br>Attn: Corporate Officer<br>P.O. Box 9016<br>San Dimas, CA 91773-9016 | Harris Water Conditioning<br>Attn: Corporate Officer<br>P.O. Box 3217<br>Ventura, CA 93006 | Ira Gribin Admin Trust<br>Attn: John Cha<br>21550 Oxnard St./Main Plaza, #200<br>Woodland Hills, CA 91367 |
| Jurupa Community Services<br>Attn: Corporate Officer<br>11201 Harrel Street<br>Mira Loma, CA 91752 | La Mousse<br>Attn: Corporate Officer<br>11162 La Grange<br>Los Angeles, CA 90025 | Lexus Financial<br>Attn: Corporate Officer<br>P.O. Box 60116<br>City Of Industry, CA 91716-0116 |
| Lori & Joe Morris<br>12 Golden Poppy<br>Coto De Caza, CA 92679 | Mercedes-Benz Credit Corp<br>Attn: Corporate Officer<br>P.O. Box 9001921<br>Louisville, KY 40290-1921 | Michael's Cleaning<br>Attn: Michael Merdjanov<br>12412 Chuker Lane<br>Moreno Valley, CA 92555 |
| Morton J. & Frances E. Bloom<br>Ttee-Bloom Fmly Tst Atn C. Bloom<br>201 Redland St.<br>Playa del Rey, CA 90293 | Muzak LLC<br>Attn: Nancy<br>P.O. Box 71070<br>Charlolette, NC 28272-1070 | National Advertising Fund<br>Attn: Steve McDermott<br>6101 W. Centinela Ave., #300<br>Culver City, CA 90230 |
| Norco Center LLC<br>Attn: Bob Hardesty<br>29570 Spotted Bull Lane<br>San Juan Capistrano, CA 92675 | Nuco2, Inc.<br>Attn: Donnel<br>P.O. Box 9011<br>Stuart, FL 34955-9011 | Omega Waste Management Inc.<br>Attn: Corporate Officer<br>P.O. Box 495<br>Corning, CA 96021 |
| P & R Paper Supply Atn Marla<br>P.O. Box 590<br>1898 E. Colton Ave.<br>Redlands, CA 92374 | Pasadena Municipal<br>Attn: Benay Williams<br>P.O. Box 7120<br>Pasadena, CA 91109-7220 | Pepsi Bottling Group Srv<br>Attn: Kathy<br>P.O. Box 75948<br>Chicago, IL 60675-5948 |
| Pride Companies<br>Attn: Corporate Officer<br>1900 W. Burbank Blvd.<br>Burbank, CA 91506-1317 | R&R Management, LLC<br>Attn: Rodney Rivani<br>2378 Westwood Blvd.<br>Los Angeles, CA 90064 | R.I.S., Inc.<br>Attn: Burt Pitters<br>20969 Ventura Blvd., #207<br>Woodlan Hills, CA 91364 |

| | | |
|---|---|---|
| Realty Income Corporation<br>Attn: Susie Onate<br>600 La Terraza Blvd.<br>Escondido, CA 92025 | San Diego Gas & Electric<br>Attn: Corporate Officer<br>P.O. Box 22111<br>Santa Ana, CA 92799-5111 | Sizzler USA, Inc.<br>Attn: Steve McDermott<br>6101 W. Centinela Ave., #300<br>Culver City, CA 90230 |
| Southern California Advertising Fund<br>Attn: Steve McDermott<br>6101 W. Centinela Ave., #300<br>Culver City, CA 90230 | Southern California Edison<br>Attn: Carol<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | Southern California Gas Co.<br>Attn: Corporate Officer<br>P.O. Box C<br>Monterrey Park, CA 91756 |
| Spectrum Fire Protection<br>Attn: Sam<br>9938 Potter St.<br>Bellflower, CA 90706 | Superior Drain & Trap Srvc<br>Attn: Corporate Officer<br>P.O. Box 1093<br>Oxnard, CA 93030 | Taylor Freezers of So. Calif.<br>Attn: Corporate Officer<br>6825 E. Washington Blvd.<br>Commerce, CA 90040 |
| United Refrigeration, Inc.<br>Attn: Corporate Officer<br>P.O. Box 678458<br>Dallas, TX 75267-8458 | US Foodservice Distributor<br>Attn: Harvey Williams<br>1283 Sherborn St.<br>Corona, CA 92879 | Verizon/Verizon Wireless<br>Attn: Corporate Officer<br>P.O. Box 9688<br>Mission Hills, CA 91346-9688 |
| Villa Grove, LLC<br>Attn: Managing Member<br>17853 Santiago Blvd., #107-297<br>Villa Park, CA 92861 | Vista Ontario Plaza<br>Attn: Ralph Neilson<br>2020 E. Orangethorpe<br>Fullerton, CA 92831 | Wasserstrom Co.<br>Attn: Kathy Bell<br>477 S. Front Street<br>Columbus, OH 43215 |
| Waste Resources Inc.<br>Attn: Corporate Officer<br>P.O. Box 2410<br>Gardena, CA 90247 | Western Heights Water<br>Attn: Corporate Officer<br>32352 Avenue "D"<br>Yucaipa, CA 92399 | Yucaipa Valley Water Dist.<br>Attn: Authorized Agent<br>P.O. Box 730<br>Yucaipa, CA 92339 |
| SECURED | SECURED | SECURED |
| First Franchise Capital<br>Attn: Mark Machacek<br>P.O. Box 6172<br>Indianapolis, IN 46206-6172 | Internal Revenue Service<br>Insolvency Group 1/ Mailstop 5501<br>24000 Avila Road/P.O. Box 30213<br>Laguna Niguel, CA 92677 | Internal Revenue Service<br>Attn: C. Lam<br>2400 Avila Road Missi109/2742<br>Laguna Niguel, CA 92677-3405 |
| State Board of Equalization<br>450 N Street<br>PO Box 942879<br>Sacramento, CA 94279-0001 | State Board of Equalization<br>Attn: Nancy Naranjo<br>16715 Von Karman Ave., #200<br>Irvine, CA 92808 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |

MAINDOCS-#157995-v1-ForbcoCertOfServiceFirstDayMotions.DOC

| | | |
|---|---|---|
| Employment Development Dept.<br>10636 Scripps Summit, #202<br>Sacramento, CA 92131-3965 | Canyon Plaza Shopping Center<br>Attn: Authorized Agent<br>18201 Von Karman Ave., #1000<br>Irvine, CA 92612-0100 | IRS/Ohio<br>PO Box 145595<br>Cincinnati, OH 45250-5595 |
| VWM Group LLC<br>Attn: Managing Partner<br>1550 Sawgrass Corporate Pkwy, #300<br>Sunrise, FL 33323-2820 | Irwin Franchise Capital Corp.<br>Attn: Corporate Officer<br>2700 Westchester Ave.<br>Purchase, NY 10577-2547 | Banco Popular North America<br>Attn: Corporate officer<br>9600 W. Bryn Maawr<br>Rosemont, IL 60018-5209 |
| Banco Popular North America<br>Attn: Corporate Officer<br>2133 W. Beverly Blvd.<br>Montebello, CA 90640-3901 | Imperial Properties, GP<br>Attn: General Partner<br>19900 MacArthur Blvd., #800<br>Irvine, CA 92612-8423 | Norco Center LLC<br>Attn: Managing Member<br>29570 Spotted Bull Lane<br>San Juan Capistrano, CA 92675-1021 |
| Entrust Great Lakes, LLC, fbo Ann M. Oliver, fbo Gary Kitching IRA<br>16520 Bake Pkwy, #105<br>Irvine, CA 92618-4688 | Suresh D. Patel, Christina L. Lazuric, Shashi Kant D. Patel<br>16520 Bake Pkwy, #105<br>Irvine, CA 92618-4688 | |
| | | *FORBCO Management*<br>*Combined Utilities MML*<br>*Document No. 157382* |
| AT & T<br>Attn: Corporate Officer<br>Payment Center<br>Sacramento, CA 95887-0001 | California Water Service<br>Attn: Corporate Officer<br>2632 W. 237th St.<br>Torrance, CA 90505 | City of Corona<br>Utility Division<br>P.O. Box 940<br>Corona, CA 91718 |
| City of Covina<br>Attn: Authorized Agent<br>125 East College Street<br>Covina, CA 91723-2199 | City of Fountain Valley<br>Attn: Authorized Agent<br>10200 Slater<br>Fountain Valley, CA 92708 | City of Long Beach<br>Utilities Dept.<br>P.O. Box 630<br>Long Beach, CA 90842-0001 |
| City of Ontario-Water Dept.<br>Attn: Utilities Division<br>1333 S. Bon View Ave.<br>Ontario, CA 91761-1076 | City of San Buenaventura<br>Attn: Melinda-<br>P.O. Box 2299<br>Ventura, CA 93002-2299 | Cucamonga Water<br>Attn: Corporate Officer<br>P.O. Box 638<br>Rancho Cucamonga, CA 91729-0638 |
| Golden State Water Service<br>Attn: Corporate Officer<br>P.O. Box 9016<br>San Dimas, CA 91773-9016 | Jurupa Community Services<br>Attn: Corporate Officer<br>11201 Harrel Street<br>Mira Loma, CA 91752 | Pasadena Municipal<br>Attn: Benay Williams<br>P.O. Box 7120<br>Pasadena, CA 91109-7220 |

MAINDOCS-#157995-v1-ForbcoCertOfServiceFirstDayMotions.DOC

| | | |
|---|---|---|
| San Diego Gas & Electric<br>Attn: Corporate Officer<br>P.O. Box 22111<br>Santa Ana, CA 92799-5111 | Southern California Edison<br>Attn: Carol<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | Southern California Gas Co.<br>Attn: Corporate Officer<br>P.O. Box C<br>Monterey Park, CA 91756 |
| Verizon/Verizon Wireless<br>Attn: Corporate Officer<br>P.O. Box 9688<br>Mission Hills, CA 91346-9688 | Western Heights Water<br>Attn: Corporate Officer<br>32352 Avenue "D"<br>Yucaipa, CA 92399 | |

MAINDOCS-#157995-v1-ForbcoCertOfServiceFirstDayMotions.DOC