1  ROBERT E. OPERA – State Bar No. 101182
   ropera@winthropcouchot.com
2  KAVITA GUPTA – State Bar No. 138505
   kgupta@winthropcouchot.com
3  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
4  660 Newport Center Drive, Suite 400
   Newport Beach, CA 92660
5  Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
6

7  [Proposed] General Insolvency Counsel for
   Debtors and Debtorsin-Possession

8

9

10

11                 **UNITED STATES BANKRUPTCY COURT**

12                 **CENTRAL DISTRICT OF CALIFORNIA**

13                      **SANTA ANA DIVISION**

14  In re:                                    Case No. 8:11-bk-11428 RK

15  ☒ FORBCO MANAGEMENT                        Jointly Administered with
       CORPORATION, a California corporation   Case Nos. 8:11-bk-11439 RK;
16  ☒ FORBCO SIZZLER PARTNERS, L.P.,           8:11-bk-11442 RK; and 8:11-bk-11444 RK
       a California limited partnership
17  ☒ W & J HIGGINS INVESTMENTS L.P., a        Chapter 11 Proceedings
       California limited partnership
18  ☒ L & G RESTAURANTS, LLC,
       a California limited liability company  DATE:    February 11, 2011
19                                             TIME:    9:30 a.m.
                                               PLACE:   5D
20          Debtors and                                 411 West Fourth Street
21          Debtors-in-Possession.                      Santa Ana, CA 92701

22

23

24      **DECLARATION OF KAVITA GUPTA RE TELEPHONIC NOTICE OF HEARINGS**
25                  **ON DEBTORS' "FIRST DAY MOTIONS"**

26      I, Kavita Gupta, declare and state:

27          1.      I am an associate at Winthrop Couchot Professional Corporation, proposed general

28  insolvency counsel to Forbco Management Corporation, a California corporation, Forbco Sizzler

MAINDOCS-#158020-v1-Forbco_Decl_First_Day_Motions.DOC

Partners, L.P., a California limited partnership, W&J Higgins Investments, L.P., a California limited

partnership ("W&J"), and L&G Restaurants, LLC, a California limited liability company ("L&G"), the

jointly administered debtors and debtors-in-possession in the above-captioned Chapter 11 proceedings

(collectively, the "Debtors"). The matters stated herein are within my own personal knowledge and, if

called as a witness, I could and would competently testify thereto.

2.      On February 9, 2011, between approximately 3:00 p.m. and 5:46 p.m., I telephoned each

of the parties listed below and advised them that the Court had set the following "First Day Motions"

for hearing on February 11, 2011 at 9:30 a.m. in Courtroom 5D, located at 411 West Fourth Street, CA

92701:

(i)     Debtors' Emergency Motion for Order: (1) Authorizing Use of Any Cash Collateral of
        Secured Claimants; and (2) Setting Final Hearing on the Motion;
(ii)    Debtors' Emergency Motion for Order Authorizing (1) Payment of Pre-Petition Payroll;
        and (2) Retention of Account Used to Fund Pre-Petition Payroll;
(iii)   Debtors' Emergency Motion for Order to Limit Notice of Certain Matters Requiring
        Notice to Creditors Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy
        Procedure; and
(iv)    Debtors' Emergency Motion for Order (A) Prohibiting Utility Providers from Altering,
        Refusing, or Disconnecting Service, (B) Deeming Utilities Adequately Assured of
        Future Performance, and (C) Establishing Procedures for Determining Adequate
        Assurance of Payment Under Section 366 of the Bankruptcy Code.

| Name of creditor | Telephone number and Name of Individual | Comment |
|---|---|---|
| First Franchise Capital | Telephone: 323-852-1000 | Left message for Andrew Alper, counsel for First Franchise Capital |
| State Board of Equalization | Telephone: 916-227-6700 | Spoke to Crystal Parkison, Sales Tax Department |
| Employment Development Dept. | Telephone: N/A | Could not call or email because there was no contact information |
| VWM Group, LLC | Telephone: N/A | Could not call or email because there was no contact information |
| Banco Popular North America | Telephone: 212-417-6612 | Left detailed message with Jacquiline Thorshon, Legal Department |

| Name of creditor | Telephone number and Name of Individual | Comment |
|---|---|---|
| Norco Center, LLC | Telephone: 949-366-6872 | Phone number disconnected; no other contact information |
| Internal Revenue Service | Telephone: 949-389-4002 | Left detailed voice mail message in the general mailbox (no operator) and asked that the message be forwarded to the legal department or a corporate officer and to C. Lam |
| State Board of Equalization | Telephone:  949-440-3473 | Left detailed voice mail message for Mathew Burk, Legal Department |
| Canyon Plaza Shopping Center | Telephone:  N/A | Could not call or email because there was no contact information |
| Imperial Properties, GP | Telephone:  N/A | Could not call or email because there was no contact information |
| Entrust Great Lakes, LLC | Telephone:  N/A | Could not call or email because there was no contact information |
| Employment Development Department | Telephone:  888-745-3886 | No live operator; called twice but could not leave a message because there is no general voicemail |
| IRS/Ohio | Telephone:  513-263-3333 and 800-829-4933 | No live operators; called twice but could not leave a message because there is no general voicemail. |
| Banco Popular North America | Telephone:  847-994-5400 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |
| Irwin Franchise Capital Corporation | Telephone:  323-651-1000 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |
| Suresh D. Patel, Christine L. Lazuric and Shashi Kant D. Patel | Telephone:  N/A | Could not call or email because there was no contact information |

-3-

| Name of creditor | Telephone number and Name of Individual | Comment |
|---|---|---|
| James A. Young, Deputy District Attorney Felony Projects II/NET/Code Enforcement | Telephone:  714-347-0524 | Left detailed voice mail message |
| Sizzler USA, Inc. | Telephone:  310-846-8700 | Left detailed voicemail message for William Wong |
| Southern California Advertising Fund | Telephone: 310-846-8700 | Left detailed voicemail message for William Wong |
| Southern California Edison | Telephone: 909-394-8947 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |
| Southern California Gas Company | Telephone: 213-244-8322 | Office closed; left detailed voice mail message in mailbox for the Bankruptcy Department |
| Spectrum Fire Protection | Telephone: 562-650-2169 | Spoke to Sam Khodari |
| Superior Drain & Trap Service | Telephone: 805-981-7036 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |
| Taylor Freezers of So. Calif. | Telephone: 323-889-8700 | Left detailed voicemail for Marie Younghans |
| United Refrigeration, Inc. | Telephone: N/A | Could not call or email because there was no contact information |
| U.S. Foodservice Distributors | Telephone: N/A | Could not call or email because there was no contact information |
| Verizon | Telephone: 800-922-0204 | No live operators; called twice but could not leave a message because there is no general voicemail. |
| Villa Grove, LLC | Telephone: 714-647-9100 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |

| Name of creditor | Telephone number and Name of Individual | Comment |
|---|---|---|
| Vista Ontario Plaza | Telephone: N/A | Phone disconnected; could not call or email because there was no other contact information |
| Wassserstrom Co. | Telephone: 800-999-9277 | Left detailed voicemail message for Kathy Bell |
| Waste Resources, Inc. | Telephone: 310-366-7600 | Left detailed message with receptionists and asked that it be forwarded to the legal department or a corporate officer |
| Western Heights Water | Telephone: 909-790-1901 | Left detailed with receptionist and asked that it be forwarded to the legal department or a corporate officer |
| Yucaipa Valley Water District | Telephone: 909-797-5117 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |
| Nuco2, Inc. | Telephone: 800-472-2855 ext: 3361 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |
| Omega Waste Management, Inc. | Telephone: 530-824-1890 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |
| P&R Paper Supply Co. | Telephone: 909-389-1826 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |
| Pasadena Municipal | Telephone: 626-744-4141 | Spoke to Javn Rad. |

| Name of creditor | Telephone number and Name of Individual | Comment |
|---|---|---|
| Pepsi Bottling Group Service | Telephone: 949-420-2037 | Left detailed voice mail message with receptionist and asked that it be forwarded to the legal department or a corporate officer |
| Ecolab-Pest Elimination | Telephone: 701-775-7581 | Phone number disconnected; no forwarding number; could not call or email because there was no other contact information |
| Family Tree Produce | Telephone: 714-698-3029 | Phone number disconnected; no forwarding number; could not call or email because there was no other contact information |
| Farmers Bros. Co. | Telephone: 800-735-2878 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |
| Golden State Water Service | Telephone: 909-394-3600 | Called twice; office closed; no general mailbox |
| Harris Water Conditioning | Telephone: 805-656-4411 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |
| Ira Gribin Administrative Trust | Telephone: 818-999-2232 | Office closed; left detailed voice mail message in general mailbox and asked that it be forwarded to the legal department or a corporate officer |
| Jurupa Community Services | Telephone: 951-685-7434 | Called twice; office closed; no general mailbox |
| La Mousse | Telephone: 310-478-6051 | Office closed; left detailed voice mail message in Executive Office  mailbox and asked that it be forwarded to the legal department or a corporate officer |

1    I declare under penalty of perjury that the following is true and correct.

2    EXECUTED this 9th day of February, 2011, at Newport Beach, California.

3

4    _____
     Kavita Gupta

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

1    I, Susan Connor, declare and state:
     1.    I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2    660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.
     True and correct copies of the following documents described as: **DECLARATION OF KAVITA GUPTA RE**

3    **TELEPHONIC NOTICE OF HEARINGS ON DEBTORS' "FIRST DAY MOTIONS"**will be served or was served **(a)**
     on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

4

5    I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling
     General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and
     hyperlink to the document. On February 10, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary

6    proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission
     at the email address(es) indicated below:

7
     ☒  Service information continued on attached page

8

9    II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
     On _____ 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this
     bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States

10   Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here
     constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

11
     ☐  Service information continued on attached page

12

13   III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each
     person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 10, 2011 I served the following
     person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by

14   facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the
     judge will be completed no later than 24 hours after the document is filed.

15
     Honorable Robert Kwan

16   USBC – Santa Ana Division
     Ronald Reagan Federal Bldg.

17   411 W. Fourth St., Suite 5165
     Santa Ana, CA 92701

18
     ☐  Service information continued on attached page

19
     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

20

21

22   February 10, 2011          Susan Connor
     ――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――
     Date                       Type Name                      Signature

23

24

25

26

27

28

**NEF SERVICE LIST**

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov