| | |
|---|---|
| 1 | ROBERT E. OPERA – State Bar No. 101182 |
|   | ropera@winthropcouchot.com |
| 2 | KAVITA GUPTA – State Bar No. 138505 |
|   | kgupta@winthropcouchot.com |
| 3 | **WINTHROP COUCHOT** |
|   | **PROFESSIONAL CORPORATION** |
| 4 | 660 Newport Center Drive, Suite 400 |
|   | Newport Beach, CA 92660 |
| 5 | Telephone: (949) 720-4100 |
|   | Facsimile: (949) 720-4111 |
| 6 | |
| 7 | [Proposed] General Insolvency Counsel for Debtors and Debtors-in-Possession |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re: | Case No. 8:11-bk-11428 RK |
|---|---|
| ☒ FORBCO MANAGEMENT CORPORATION, a California corporation | Jointly Administered with Case Nos. 8:11-bk-11439 RK; 8:11-bk-11442 RK; 8:11-bk-11444-RK |
| ☒ FORBCO SIZZLER PARTNERS, L.P., a California limited partnership | |
| ☒ W & J HIGGINS INVESTMENTS L.P., a California limited partnership | Chapter 11 Proceedings |
| ☒ L & G RESTAURANTS, LLC, a California limited liability company, | **DEBTORS' EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEBTORS TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, LIST OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, LIST OF EQUITY SECURITY HOLDERS, CORPORATE OWNERSHIP CERTIFICATE AND CREDITOR MATRIX TO ACCOMPANY SCHEDULES; DECLARATION IN SUPPORT THEREOF** |
| Debtors and Debtors-in-Possession. | |
| | [No Hearing Requested] |

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES-IN-INTEREST:**

Forbco Management Corporation, a California corporation, Forbco Sizzler Partners, L.P., a California limited partnership, W & J Higgins Investments L.P., a California limited partnership; and L & G Restaurants, LLC, a California limited liability company, the jointly administered debtors and debtors-in-possession in the above Chapter 11 proceedings (collectively, the "Debtors"), hereby respectfully apply to this Court for a twenty-one (21) day extension of time, through and including March 7, 2011, within which to file their Schedules of Assets and Liabilities, Statement of Financial Affairs, List of Executory Contracts and Unexpired Leases, List of Equity Security Holders, Corporate Ownership Certificate and Creditor Matrix to Accompany Schedules (collectively, "Schedules"), based on the following facts and circumstances:

1. On January 31, 2011, (the "Petition Date"), each of the Debtors filed its petition for relief under Chapter 11 of the Bankruptcy Code. On February 8, 2011, this Court entered orders jointly administering the Debtors' cases. Since the Petition Date, the Debtors have managed their affairs as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. Pursuant to Fed. R. Bankr. P. 1007, the Debtors are required to file their Schedules within fourteen (14) days from the Petition Date. Accordingly, the Debtors' Schedules are due to be filed on February 14, 2011.

3. The Debtors' management has acted diligently to prepare the Schedules and has made progress completing the Schedules. However, the Debtors' financial affairs are relatively complex, and, accordingly, the Debtors have been required to devote considerable time, and will need to devote additional time, to evaluating the Debtors' financial affairs, assembling the information necessary to prepare the Schedules, and, working with counsel to complete the Schedules. The Debtors are unable to complete and to file the Schedules by the February 14, 2011 deadline imposed by Fed. R. Bankr. P. 1007 and therefore, hereby requests a 21-day extension, to and including March 7, 2011, within which to file the Schedules.

4. The Debtors are very aware of the importance of the Schedules, and the fact that the

1  Schedules must be as complete and accurate as possible. However, for the reasons set forth above,
2  preparation of complete and accurate Schedules within the statutory time period cannot be
3  accomplished. The Debtors anticipate, however, that they will be able to complete the Schedules
4  within the additional 21-day period requested by this Application. This is the Debtors' first
5  request for such an extension.
6      5.    The Office of the United States Trustee (the "UST") has scheduled the first meeting
7  of creditors conducted under Section 341(a) of the Bankruptcy Code for March 3, 2011.
8  Accordingly, Debtors' counsel has contacted the UST and obtained a continued hearing date for
9  the 341(a) meeting, which will be noticed to all creditors.
10     **WHEREFORE**, the Debtors respectfully request that the Court enter an order extending
11  the time for the Debtors to file their Schedules, from February 14, 2011 through and including
12  March 7, 2011, without prejudice to the Debtors' right to seek further extensions of such time
13  period, for cause shown.

14  DATED: February 11, 2011          **WINTHROP COUCHOT**
15                                    **PROFESSIONAL CORPORATION**

18                                    By: _____
19                                        Robert E. Opera
                                          Kavita Gupta
20                                        [Proposed] General Insolvency Counsel for
                                          Debtors and Debtors-in-Possession

-3-

## DECLARATION OF RONALD JEFFREY HIGGINS

I, Ronald Jeffrey Higgins, hereby declare as follows:

1. I am the President of Forbco Management Corporation, a California corporation ("Forbco Management") and I am an authorized agent for Forbco Sizzler Partners, LP, a California limited partnership ("Forbco Sizzler"), W&J Higgins Investments, L.P., a California limited partnership ("W&J"), and L&G Restaurants, LLC, a California limited liability company ("L&G"). Forbco Management, Forbco Sizzler, W&J and L&G are the jointly administered debtors and debtors-in-possession in the above-captioned Chapter 11 proceedings (individually, "Debtor" and collectively, the "Debtors").

2. In my capacity as the President of Forbco Management and authorized agent for Forbco Sizzler, W&J and L&G, I manage the operations of all four Debtors on a day-to-day basis. My responsibilities include managing operations at the corporate headquarters and supervising the management staff that manages each of the individual restaurants owned by the Debtors.

3. The facts stated herein are within my personal knowledge, and if called upon to testify to such facts I could and would testify competently thereto.

4. This Declaration is submitted in support of the Ex Parte Application Of Debtors And Debtors-in-Possession for Extension of Time for Debtor to File Schedules, Statement of Financial Affairs, List of Executory Contracts and Unexpired Leases, List of Equity Security Holders, Venue Disclosure Statements, Corporate Ownership Certificates, and Creditor Matrix to Accompany Schedules (collectively the "Schedules").

5. Pursuant to Fed. R. Bankr. P. 1007, the Debtors are required to file its Schedules within fourteen (14) days from the Petition Date. Accordingly, the Debtors' Schedules are due to be filed on February 14, 2011.

6. The Debtors' management has acted diligently to prepare the Schedules and has made progress completing the Schedules. However, the Debtors' financial affairs are relatively complex, and, accordingly, the Debtors have been required to devote considerable time, and will need to devote additional time, to evaluating the Debtors' financial affairs, assembling the information necessary to prepare the Schedules, and, working with counsel to complete the

Schedules. The Debtors are unable to complete and to file the Schedules by the February 14, 2011 deadline imposed by Fed. R. Bankr. P. 1007 and therefore, hereby requests a 21-day extension, to and including March 7, 2011, within which to file the Schedules.

7. The Debtors are very aware of the importance of the Schedules, and the fact that the Schedules must be as complete and accurate as possible. However, for the reasons set forth above, preparation of complete and accurate Schedules within the statutory time period cannot be accomplished. The Debtors anticipate, however, that they will be able to complete the Schedules within the additional 21-day period requested by this Application. This is the Debtors' first request for such an extension.

8. The Office of the United States Trustee (the "UST") has scheduled the first meeting of creditors conducted under Section 341(a) of the Bankruptcy Code for March 3, 2011. Accordingly, the Debtors' counsel has contacted the UST and has obtained a continued hearing date for the 341(a) meeting, which will be noticed to all creditors.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of February 2011 at Orange County, California.

Ronald Jeffrey Higgins

-5-

# PROOF OF SERVICE

I, Susan Connor, declare and state:

1. I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

True and correct copies of the following documents described as: **DEBTORS' EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEBTORS TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, LIST OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, LIST OF EQUITY SECURITY HOLDERS, CORPORATE OWNERSHIP CERTIFICATE AND CREDITOR MATRIX TO ACCOMPANY SCHEDULES; DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 11, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 11, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan
USBC – Santa Ana Division
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 11, 2011 | Susan Connor | *(signature)* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NEF SERVICE LIST**

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov