1  ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
2  KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
3  **WINTHROP COUCHOT
PROFESSIONAL CORPORATION**
4  660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
5  Telephone: (949) 720-4100
Facsimile: (949) 720-4111
6
7  [Proposed] General Insolvency Counsel for
Debtors and Debtors-in-Possession

**FILED & ENTERED**

**FEB 11 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent    DEPUTY CLERK

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **SANTA ANA DIVISION**

11  In re:

12  ☒ FORBCO MANAGEMENT
CORPORATION, a California
13  corporation
14  ☒ FORBCO SIZZLER PARTNERS, L.P.,
a California limited partnership
15  ☒ W & J HIGGINS INVESTMENTS
L.P., a California limited partnership
16  ☒ L & G RESTAURANTS, LLC,
a California limited liability company
17
18  Debtors and
Debtors-in-Possession.
19

Case No. 8:11-bk-11428-RK

Jointly Administered with
Case Nos. 8:11-bk-11439-RK;
8:11-bk-11442-RK; and 8:11-bk-11444-RK

Chapter 11

**ORDER AUTHORIZING PAYMENT AND HONORING OF PRE-PETITION PAYROLL AND RETENTION OF ACCOUNT USED TO FUND PRE-PETITION PAYROLL**

DATE:       February 11, 2011
TIME:       9:30 a.m.
PLACE:      Courtroom 5D
            411 W. 4th Street
            Santa Ana, CA 92701

23  //
24  //
25  //

On February 11, 2011, at 9:30 a.m., the Court held a hearing on the *Debtors' Emergency Motion for Order Authorizing: (1) Payment of Pre-Petition Payroll; and (2) Retention of Account Used to Fund Pre-Petition Payroll* (the "Motion")[1] filed by Forbco Management Corporation, a California corporation ("Forbco Management"), Forbco Sizzler Partners, L.P., a California limited partnership, W&J Higgins Investments, L.P., a California limited partnership, and L&G Restaurants, LLC, a California limited liability company, the jointly administered debtors and debtors-in-possession in the above Chapter 11 proceedings (collectively, the "Debtors"). Robert E. Opera of Winthrop Couchot Professional Corporation appeared on behalf of the Debtors. Other appearances were as stated on the record of the proceedings before the Court.

The Court having reviewed the Motion, the Declaration of Ronald Jeffrey Higgins filed in support thereof, the pleadings and other documents on file in these Chapter 11 cases, the representations and arguments of counsel, and the Court having found that, pursuant to Fed. R. Bankr. P. 6003(b), immediate and irreparable harm would occur if the relief sought by the Motion is not granted, and finding that, under the circumstances of these cases, the notice given of the hearing on the Motion was sufficient, and for other good and adequate cause,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;
2. The Debtors are authorized to pay pre-petition, non-insider employee wages and salaries, and employee expense reimbursements and other related employer obligations, up to the priority limit set forth in Section 507(a)(4) of the Bankruptcy Code;
3. The Debtors are authorized to honor accrued vacation and sick day obligations during the case as they are taken in the ordinary course, without respect to the priority limitation;

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

1.     4.     The Debtors are authorized to retain an account on which pre-petition payroll was funded, through and including February 28, 2011, in order to minimize the risk that pre-petition payroll checks written on such account will be dishonored; and

2.     5.     No further notice or hearing shall be necessary to effectuate the foregoing.

###

DATED: February 11, 2011

_____
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER AUTHORIZING PAYMENT AND HONORING OF PRE-PETITION PAYROLL AND RETENTION OF ACCOUNT USED TO FUND PRE-PETITION PAYROLL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 11, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

Honorable Robert Kwan
USBC – Santa Ana Division
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 11, 2011 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-4-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER AUTHORIZING PAYMENT AND HONORING OF PRE-PETITION PAYROLL AND RETENTION OF ACCOUNT USED TO FUND PRE-PETITION PAYROLL** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 11, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐   Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Forbco Management Corporation
27121 Towne Centre Dr., #250
Foothill Ranch, CA 92610

☐   Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐   Service information continued on attached page

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: admin              Page 1 of 1              Date Rcvd: Feb 11, 2011
Case: 11-11428                Form ID: pdf031          Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 13, 2011.
```
db            +Forbco Management Corporation,   27121 Towne Centre Dr., #250,   Foothill Ranch, CA 92610-2806
```

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Courtesy NEF
cr             First Franchise Capital Corporation fka Irwin Fran
                                                                                    TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2011**                    **Signature:**  _/s/ Joseph Speetjens_