ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtors and Debtors-in-Possession

**FILED & ENTERED**

**FEB 11 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kent **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

In re:

☒ FORBCO MANAGEMENT
CORPORATION, a California
corporation
☒ FORBCO SIZZLER PARTNERS, L.P.,
a California limited partnership
☒ W & J HIGGINS INVESTMENTS
L.P., a California limited partnership
☒ L & G RESTAURANTS, LLC,
a California limited liability company

Debtors and Debtors-in-Possession.

Case No. 8:11-bk-11428-RK

Jointly Administered with
Case Nos. 8:11-bk-11439-RK;
8:11-bk-11442-RK; and 8:11-bk-11444-RK

Chapter 11

**INTERIM ORDER GRANTING DEBTORS'
EMERGENCY MOTION FOR ORDER
AUTHORIZING USE OF ANY CASH
COLLATERAL OF SECURED CLAIMANTS**

DATE:     February 11, 2011
TIME:     9:30 a.m.
PLACE:    Courtroom 5D

On February 11, 2011, at 9:30 a.m., the Court held a hearing on the *Debtors' <u>Emergency Motion for Order: (1) Authorizing Use of Any Cash Collateral of Secured Claimants; and (2) Setting a Final Hearing on the Motion</u>* (the "Motion")[1] filed by Forbco Management Corporation, a California corporation ("Forbco Management"), Forbco Sizzler Partners, LP, a California limited partnership, W&J Higgins Investments, L.P., a California limited partnership, and L&G Restaurants, LLC, a California limited liability company, the jointly administered debtors and debtors-in-possession in the above Chapter 11 proceedings (individually, "Debtor," and, collectively, the "Debtors"). Robert E. Opera of Winthrop Couchot Professional Corporation appeared on behalf of the Debtors. Other appearances were as stated on the record of the proceedings before the Court.

The Court having reviewed the Motion, the Declaration of Ronald Jeffrey Higgins filed in support thereof, the pleadings and other documents on file in these Chapter 11 cases, the representations and arguments of counsel, and the Court finding that, under the circumstances of these cases, the notice given of the hearing on the Motion was sufficient, and for other good and adequate cause,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. The Debtors are hereby authorized, on an interim basis up to and including the final hearing on the Motion, to use any and all cash collateral now on hand or hereafter generated to fund the actual and necessary operating expenses of the Debtors pursuant to the terms and conditions set forth in the Motion;

3. Each Debtor is authorized to pay its share of Forbco Management's overhead costs as provided in the Cash Flow Projections attached, collectively, as Exhibit "6" to the Higgins Declaration;

4. As and for adequate protection of the Debtors' use of any cash collateral of the Secured Claimants, the Debtors will grant to each of the Secured Claimants

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

|     |     |     |
| --- | --- | --- |
| 1   |     | replacement liens encumbering each of the respective Debtors' post-petition cash |
| 2   |     | and inventory, and the proceeds of the foregoing, to the same extent and priority as |
| 3   |     | any duly perfected and unavoidable liens in cash collateral held by the respective |
| 4   |     | Secured Claimants as of the Petition Date, limited to the amount of any such cash |
| 5   |     | collateral of the respective Secured Claimants as of the Petition Date, to the extent |
| 6   |     | that any cash collateral of the respective Secured Claimants is actually used by the |
| 7   |     | respective Debtors. |
| 8   | 5.  | The Debtors, any Committee, and all other parties-in-interest will reserve any and all |
| 9   |     | rights that they may have to object to the claims of the Secured Claimants and to |
| 10  |     | object to the validity, priority and extent of the Secured Claimants' liens, if any, |
| 11  |     | encumbering the Debtors' assets.  Without limiting the generality of the foregoing, |
| 12  |     | the Debtors will reserve the right to object to the extent of any liens that the Secured |
| 13  |     | Claimants may assert in the Debtors' cash as of the Petition Date. |
| 14  | 6.  | The Debtors will provide to the Secured Claimants reports regarding the amounts of |
| 15  |     | cash and inventory that each Debtor has as of the end of each reporting period |
| 16  |     | versus the amount of cash and inventory that each Debtor had as of the Petition |
| 17  |     | Date.  These initial cash collateral reports will be provided to each Secured Claimant |
| 18  |     | on or about February 14, 2011, and thereafter will be provided to each Secured |
| 19  |     | Claimant on a monthly basis.  Moreover, the Debtors will provide to the Secured |
| 20  |     | Claimants copies of the interim statements and operating reports required to be |
| 21  |     | submitted to the Office of the United States Trustee ("U.S. Trustee") as such |
| 22  |     | documents are submitted to the U.S. Trustee. |
| 23  | 7.  | Any party may seek, at the final hearing on the Motion, use or restrictions on the use |
| 24  |     | of cash collateral different from that set forth herein. |
| 25  | //  |     |
| 26  | //  |     |
| 27  | //  |     |
| 28  |     |     |

| | | |
|---|---|---|
| 1 | 8. | A final hearing on the Motion shall be set for March 11, 2011, at 11:00 a.m. Any |
| 2 | | opposition to the final approval of the Motion shall be filed by February 25, 2011, |
| 3 | | and served such that such opposition is received by the Debtors' general insolvency |
| 4 | | counsel by 12:00 p.m. on February 25, 2011. Any replies to any such opposition |
| 5 | | shall be filed by March 4, 2011, and served such that such replies are received by the |
| 6 | | opposing party by 12:00 p.m. on March 4, 2011. |

### 

DATED: February 11, 2011

_____
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **INTERIM ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF ANY CASH COLLATERAL OF SECURED CLAIMANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 11, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

Honorable Robert Kwan
USBC – Santa Ana Division
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 11, 2011 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **INTERIM ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF ANY CASH COLLATERAL OF SECURED CLAIMANTS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 11, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Forbco Management Corporation
27121 Towne Centre Dr., #250
Foothill Ranch, CA 92610

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

# CERTIFICATE OF NOTICE

```
District/off: 0973-8            User: admin                  Page 1 of 1              Date Rcvd: Feb 11, 2011
Case: 11-11428                  Form ID: pdf031              Total Noticed: 1

The following entities were noticed by first class mail on Feb 13, 2011.
db            +Forbco Management Corporation,    27121 Towne Centre Dr., #250,    Foothill Ranch, CA 92610-2806

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Courtesy NEF
cr             First Franchise Capital Corporation fka Irwin Fran
                                                                                          TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2011**            **Signature:** _/s/ Joseph Speetjens_