| | |
|---|---|
| 1 | ROBERT E. OPERA – State Bar No. 101182 |
| | ropera@winthropcouchot.com |
| 2 | KAVITA GUPTA – State Bar No. 138505 |
| | kgupta@winthropcouchot.com |
| 3 | **WINTHROP COUCHOT** |
| | **PROFESSIONAL CORPORATION** |
| 4 | 660 Newport Center Drive, Suite 400 |
| | Newport Beach, CA 92660 |
| 5 | Telephone: (949) 720-4100 |
| | Facsimile: (949) 720-4111 |
| 6 | |
| 7 | [Proposed] General Insolvency Counsel for Debtors and Debtors-in-Possession |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | Case No. 8:11-bk-11428 RK |
|---|---|
| ☒ FORBCO MANAGEMENT CORPORATION, a California corporation | Jointly Administered with Case Nos. 8:11-bk-11439 RK; 8:11-bk-11442 RK; 8:11-bk-11444-RK |
| ☒ FORBCO SIZZLER PARTNERS, L.P., a California limited partnership | |
| ☒ W & J HIGGINS INVESTMENTS L.P., a California limited partnership | Chapter 11 Proceedings |
| ☒ L & G RESTAURANTS, LLC, a California limited liability company, | **DECLARATION OF SUSAN CONNOR RE SERVICE OF ENTERED ORDERS** |
| Debtors and Debtors-in-Possession. | |

1. I am an employee of Winthrop Couchot Professional Corporation, proposed general insolvency counsel for the above-captioned Debtors and Debtors-in-Possession (the "Debtors"). I am over the age of eighteen years and am not a party to this action; and my business address is 660 Newport Center Drive, Fourth Floor, Newport Beach, California 92660. The matters stated herein are within my knowledge and, if called as a witness, I could and would competently testify thereto.

On February 14, 2011, I served true copies of: **(1) Entered Order Authorizing Payment and Honoring of Pre-Petition Payroll and Retention of Account used to Fund Pre-Petition Payroll; and (2) Entered Interim Order Granting Debtors' Emergency Motion for Order Authorizing Use of Any Cash Collateral of Secured Claimants** via First Class Mail on the following party:

Debtor
Forbco Management Corporation
27121 Towne Centre Dr., #250
Foothill Ranch, CA 92610

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February, 2011, at Newport Beach, California.

_____
Susan Connor

## PROOF OF SERVICE

I, Susan Connor, declare and state:

1. I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

True and correct copies of the following documents described as: **DECLARATION OF SUSAN CONNOR RE SERVICE OF ENTERED ORDERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 14, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 14, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service**
Honorable Robert Kwan
USBC – Santa Ana Division
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 14, 2011 | Susan Connor | /s/ |
|---|---|---|
| Date | Type Name | Signature |

**NEF SERVICE LIST**

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov