1  ROBERT E. OPERA – State Bar No. 101182
   ropera@winthropcouchot.com
2  KAVITA GUPTA – State Bar No. 138505
   kgupta@winthropcouchot.com
3  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
4  660 Newport Center Drive, Suite 400
   Newport Beach, CA 92660
5  Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
6
7  [Proposed] General Insolvency Counsel for
   Debtors and Debtors-in-Possession

FILED & ENTERED

FEB 15 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent        DEPUTY CLERK

8

9              **UNITED STATES BANKRUPTCY COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                   **SANTA ANA DIVISION**

12

13  In re:                                    Case No. 8:11-bk-11428-RK

14  ☒  FORBCO MANAGEMENT              Jointly Administered with
        CORPORATION, a California     Case Nos. 8:11-bk-11439-RK;
15      corporation                   8:11-bk-11442-RK; and 8:11-bk-11444-RK
16  ☒  FORBCO SIZZLER PARTNERS, L.P.,
        a California limited partnership    Chapter 11
17  ☒  W & J HIGGINS INVESTMENTS
        L.P., a California limited partnership
18  ☒  L & G RESTAURANTS, LLC,          **ORDER (A) PROHIBITING UTILITY**
        a California limited liability company  **PROVIDERS FROM ALTERING, REFUSING**
19                                      **OR DISCONTINUING SERVICE,**
                                        **(B) DEEMING UTILITIES ADEQUATELY**
20                                      **ASSURED OF FUTURE PERFORMANCE,**
                                        **AND (C) ESTABLISHING PROCEDURES**
21              Debtors and Debtors-in- **FOR DETERMINING ADEQUATE**
                Possession.             **ASSURANCE OF PAYMENT UNDER**
22                                      **SECTION 366 OF THE BANKRUPTCY CODE**
23
24                                      DATE:      February 11, 2011
                                        TIME:      9:30 a.m.
25                                      PLACE:     Courtroom 5D
                                                   411 W. 4th Street
26                                                 Santa Ana, CA 92701
27

28

1       On February 11, 2011, at 9:30 a.m., the Court held a hearing on the *Debtors' Emergency*

2 *Motion for Order (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing*

3 *Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing*

4 *Procedures for Determining Adequate Assurance of Payment Under Section 366 of the Bankruptcy*

5 *Code* (the "Motion")[1] filed by Forbco Management Corporation, a California corporation, Forbco

6 Sizzler Partners, L.P., a California limited partnership, W&J Higgins Investments, L.P., a California

7 limited partnership, and L&G Restaurants, LLC, a California limited liability company, the jointly

8 administered debtors and debtors-in-possession in the above Chapter 11 cases (collectively, the

9 "Debtors"). Robert E. Opera of Winthrop Couchot Professional Corporation appeared on behalf of

10 the Debtors. Other appearances were as stated on the record of the proceedings before the Court.

11       The Court having reviewed the Motion, the Declaration of Ronald Jeffrey Higgins filed in

12 support thereof, the pleadings and other documents on file in these Chapter 11 cases, the

13 representations and arguments of counsel, and the Court finding that, under the circumstances of

14 these cases, the notice given of the hearing on the Motion was sufficient, and for other good and

15 adequate cause,

16       **IT IS HEREBY ORDERED** that:

17       1.      The Motion is granted.

18       2.      Each Utility Provider is deemed to be adequately assured of future performance

19           based upon the receipt of a deposit equal to one-half of a month's usage, with this

20           usage being calculated based upon the applicable Debtor's most recent monthly bill

21           from the Utility Provider, if a deposit in not less than this amount is not already held

22           by such Utility Provider. If a deposit not less than such amount is already on deposit

23           with the Utility Provider, then no additional adequate assurance payment is required.

24           A schedule setting forth the Debtors' list of each Utility Provider, the amount of any

25           deposit held by the Utility Provider with respect to restaurants operated by the

26           Debtors, and the amount of the Utility Provider's most recent monthly bill for

27

28

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

1  restaurants operated by the Debtors is attached hereto as Exhibit "1" and is

2  incorporated herein by this reference.

3      3.    The following Adequate Assurance Procedures shall be complied with by any Utility

4  Provider that seeks relief from this Court based upon any contention that future

5  payment to it from a Debtor is not adequately assured:

6      (a)    Absent further order of this Court and except as otherwise provided herein,

7      a Utility Provider may not alter, refuse or discontinue service to, or

8      discriminate against, a Debtor on account of the commencement of the

9      Debtor's Chapter 11 case or any unpaid pre-petition charges, or request

10      payment of a deposit or receipt of other security in connection with any

11      unpaid pre-petition charges, except as provided for herein;

12      (b)    The Debtors will serve the Motion and this Order, via first-class mail, within

13      three (3) business days after the date that this Order is entered by the Court,

14      on all Utility Providers identified on Exhibit "1" hereto; provided that, for

15      any Utility Provider that may have been omitted from Exhibit "1," the

16      Debtors shall have the right to supplement such list of Utility Providers and

17      shall provide notice of the entry of this Order promptly after learning of such

18      Utility Provider;

19      (c)    A Utility Provider may request assurance of payment within thirty (30) days

20      after the Petition Date (an "Assurance Request") by submitting an Assurance

21      Request to Winthrop Couchot, P.C., 660 Newport Center Drive, Suite 400,

22      Newport Beach, California 92660, Attn: P.J. Marksbury;

23      (d)    Any Assurance Request shall (i) be made in writing, and (ii) include

24      a summary of the Debtor's payment history relevant to the affected

25      account(s);

26      (e)    If a Utility Provider makes a timely Assurance Request that the applicable

27      Debtor believes is reasonable, then the Debtor shall be authorized, in the

28

1    exercise of its sole and absolute discretion, to comply with such Assurance

2    Request without further order of the Court;

3    (f)    If a Debtor believes that a timely-made Assurance Request is unreasonable,

4    the Debtor shall schedule promptly after receipt of such Assurance Request a

5    hearing to determine if any further assurance of payment ("Payment

6    Assurance") to such Utility Provider is required (the "Determination

7    Hearing");

8    (g)    Pending resolution of any dispute regarding Payment Assurance at

9    a Determination Hearing, the Utility Provider making the Assurance Request

10    shall be prohibited from altering, refusing or discontinuing service to the

11    Debtor; and

12    (h)    A Utility Provider shall be deemed to have adequate assurance of payment

13    unless and until a further order of this Court is entered requiring further

14    adequate assurance of payment to be provided to the Utility Provider by the

15    Debtor.

16    4.    Except as otherwise provided herein, no notice or further hearing shall be necessary

17    to effectuate the foregoing.

18    ###

DATED: February 15, 2011

_____
United States Bankruptcy Judge

# EXHIBIT "1"

### ELECTRIC

| Entity | Restaurant Location | Utility Provider | Recent Invoice Date | Invoice Amount | Deposit Amount |
|---|---|---|---|---|---|
| FORIBCO | PASADENA | Pasadena Electric & Water | 1/18/11 | $2,810.18 | $0.00 |
| | COVINA | So.Cal.Edison | 1/15/11 | $1,875.02 | $7,500.00 |
| | FOUNTAIN VALLEY | So.Cal.Edison | 1/31/11 | $1,026.64 | $7,500.00 |
| | ONTARIO | So.Cal.Edison | 1/31/11 | $3,244.87 | $7,500.00 |
| | Total | | | $9,956.71 | $22,500.00 |
| PARTNERS | SAN DIMAS | So.Cal.Edison | 1/31/11 | $2,673.78 | $7,500.00 |
| | RANCHO | So.Cal.Edison | 1/31/11 | $2,107.82 | $7,500.00 |
| | PEDLEY | So.Cal.Edison | 1/31/11 | $2,467.20 | $7,500.00 |
| | TORRANCE | So.Cal.Edison | 1/31/11 | $3,324.26 | $7,500.00 |
| | Total | | | $10,572.06 | $30,000.00 |
| W&J | LONG BEACH | So.Cal.Edison | Jan | $3,264.18 | $10,000.00 |
| | GARDENA | So.Cal.Edison | Jan | $3,217.96 | $10,000.00 |
| | YUCAIPA | So.Cal.Edison | Jan | $1,825.35 | $10,000.00 |
| | CORONA | So.Cal.Edison | Jan | $3,888.94 | $10,000.00 |
| | Total | | | $12,222.43 | $40,000.00 |
| LXO | SAN DIEGO | San Diego Gas & Electric | 1/2/11 | $3,213.53 | $14,000.00 |
| | VENTURA | So.Cal.Edison | 1/4/11 | $2,736.87 | |
| | Total | | | $5,950.40 | $14,000.00 |
| SDGE | SAN DIEGO Both Gas & Electric | | | | |
| | | | Grand Total | $36,743.66 | ######## |

### GAS

| Utility Provider | Recent Invoice Date | Invoice Amount | Deposit Amount |
|---|---|---|---|
| The Gas Company | 27-Jan-11 | $904.42 | |
| The Gas Company | 15-Jan-11 | $850.85 | |
| The Gas Company | 7-Jan-11 | $748.20 | |
| The Gas Company | 15-Jan-11 | $787.93 | |
| Total | | $3,100.07 | $0.00 |
| The Gas Company | 4-Jan-11 | $1,151.36 | |
| The Gas Company | 24-Jan-11 | $1,163.73 | |
| The Gas Company | 5-Jan-11 | $996.17 | |
| The Gas Company | 15-Jan-11 | $888.83 | |
| Total | | $4,201.09 | $0.00 |
| City of Long Beach Gas & Water | 4-Jan-11 | $917.00 | |
| The Gas Company | 3-Jan-11 | $893.82 | |
| The Gas Company | 4-Jan-11 | $572.18 | |
| The Gas Company | 11-Jan-11 | $952.76 | |
| Total | | $2,930.76 | $0.00 |
| San Diego Gas & Electric | 2-Jan-11 | $1,007.94 | |
| The Gas Company | 21-Jan-11 | $587.62 | |
| Grand Total | | $11,922.53 | $0.00 |

### WATER

| Utility Provider | Recent Invoice Date | Invoice Amount | Deposit Amount |
|---|---|---|---|
| Pasadena Electric & Water | 1/19/2011 | $336.02 | |
| City of Covina | 1/18/2011 | $291.66 | |
| City of Fountain Valley | 12/14/2010 | $585.13 | |
| Ontario Municipal Utilities | 11/4/2011 | $3,172.24 | |
| Total | | $3,726.53 | $0.00 |
| Golden State Water | 1/6/2011 | $954.42 | |
| Cucamonga Valley Water | 12/28/2010 | $1,008.60 | |
| Jurupa Community Services | 1/12/2011 | $605.74 | |
| City of Torrance | 1/7/2011 | $731.61 | |
| Total | | $3,471.48 | $0.00 |
| City of Long Beach Gas & Water | 1/4/2011 | $230.87 | |
| California Water Service | 1/11/2011 | $307.01 | |
| California Water Service | 11/22/2011 | $362.72 | |
| City of Corona | 1/4/2011 | $800.00 | |
| Total | | $2,078.53 | $0.00 |
| San Diego Gas & Electric | 1/4/2011 | $1,732.73 | |
| City Of San Buenaventura | 12/29/2010 | $3,009.82 | |
| Grand Total | | $10,431.16 | $0.00 |

### TELEPHONE

| Utility Provider | Recent Invoice Date | Invoice Amount | Deposit Amount |
|---|---|---|---|
| AT&T | 1/11/11 | $221.11 | |
| Verizon | 1/7/11 | $511.29 | |
| Verizon | 1/4/11 | $43.44 | |
| Verizon | 1/25/11 | $41.22 | |
| Total | | $817.97 | |
| Verizon | 1/18/11 | $363.05 | |
| Verizon | 1/25/11 | $375.28 | |
| AT&T | 1/20/11 | $148.78 | |
| AT&T | 1/11/11 | $203.00 | |
| Total | | $1,290.18 | |
| Verizon | 1/18/11 | $332.74 | |
| Verizon | 1/25/11 | $223.25 | |
| AT&T | 1/11/11 | $1,243.24 | |
| AT&T | 1/11/11 | $395.19 | |
| Total | | $2,094.42 | |
| AT&T | 1/8/11 | $154.94 | |
| AT&T | 1/25/11 | $314.06 | |
| Grand Total | | $4,552.05 | $0.00 |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT UNDER SECTION 366 OF THE BANKRUPTCY CODE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On February 14, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 14, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Andrew K Alper     aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Michael J Hauser     michael.hauser@usdoj.gov

Honorable Robert Kwan
USBC – Santa Ana Division
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 14, 2011 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| Date | Type Name | Signature |

**SERVICE VIA FIRST CLASS MAIL**

1

AT & T
Attn:  Corporate Officer
Payment Center
Sacramento, CA  95887-0001

California Water Service
Attn:  Corporate Officer
2632 W. 237th St.
Torrance, CA 90505

City of Corona
Utility Division
P.O. Box 940
Corona, CA 91718

City of Covina
Attn:  Authorized Agent
125 East College Street
Covina, CA 91723-2199

City of Fountain Valley
Attn:  Authorized Agent
10200 Slater
Fountain Valley, CA 92708

City of Long Beach
Utilities Dept.
P.O. Box 630
Long Beach, CA 90842-0001

City of Ontario-Water Dept.
Attn:  Utilities Division
1333 S. Bon View Ave.
Ontario, CA 91761-1076

City of San Buenaventura
Attn:  Melinda-
P.O. Box 2299
Ventura, CA 93002-2299

Cucamonga Water
Attn:  Corporate Officer
P.O. Box 638
Rancho Cucamonga, CA 91729-0638

Golden State Water Service
Attn:  Corporate Officer
P.O. Box 9016
San Dimas, CA 91773-9016

Jurupa Community Services
Attn:  Corporate Officer
11201 Harrel Street
Mira Loma, CA 91752

Pasadena Municipal
Attn:  Benay Williams
P.O. Box 7120
Pasadena, CA 91109-7220

San Diego Gas & Electric
Attn:  Corporate Officer
P.O. Box 22111
Santa Ana, CA 92799-5111

Southern California Edison
Attn:  Carol
P.O. Box 300
Rosemead, CA 91772-0001

Southern California Gas Co.
Attn:  Corporate Officer
P.O. Box C
Monterey Park, CA 91756

Verizon/Verizon Wireless
Attn:  Corporate Officer
P.O. Box 9688
Mission Hills, CA 91346-9688

Western Heights Water
Attn:  Corporate Officer
32352 Avenue "D"
Yucaipa, CA 92399

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):  **ORDER (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT UNDER SECTION 366 OF THE BANKRUPTCY CODE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 15, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Andrew K Alper     aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Kavita Gupta     kgupta@winthropcouchot.com
- Michael J Hauser     michael.hauser@usdoj.gov
- Sean A Okeefe     sokeefe@okeefelc.com
- Robert E Opera     ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Forbco Management Corporation
27121 Towne Centre Dr., #250
Foothill Ranch, CA 92610

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒     Service information continued on attached page

1

### III. TO BE SERVED BY THE LODGING PARTY:

2

3

4

| | | |
|---|---|---|
| AT & T<br>Attn:  Corporate Officer<br>Payment Center<br>Sacramento, CA  95887-0001 | California Water Service<br>Attn:  Corporate Officer<br>2632 W. 237th St.<br>Torrance, CA 90505 | City of Corona<br>Utility Division<br>P.O. Box 940<br>Corona, CA 91718 |
| City of Covina<br>Attn:  Authorized Agent<br>125 East College Street<br>Covina, CA 91723-2199 | City of Fountain Valley<br>Attn:  Authorized Agent<br>10200 Slater<br>Fountain Valley, CA 92708 | City of Long Beach<br>Utilities Dept.<br>P.O. Box 630<br>Long Beach, CA 90842-0001 |
| City of Ontario-Water Dept.<br>Attn:  Utilities Division<br>1333 S. Bon View Ave.<br>Ontario, CA 91761-1076 | City of San Buenaventura<br>Attn:  Melinda-<br>P.O. Box 2299<br>Ventura, CA 93002-2299 | Cucamonga Water<br>Attn:  Corporate Officer<br>P.O. Box 638<br>Rancho Cucamonga, CA 91729-0638 |
| Golden State Water Service<br>Attn:  Corporate Officer<br>P.O. Box 9016<br>San Dimas, CA 91773-9016 | Jurupa Community Services<br>Attn:  Corporate Officer<br>11201 Harrel Street<br>Mira Loma, CA 91752 | Pasadena Municipal<br>Attn:  Benay Williams<br>P.O. Box 7120<br>Pasadena, CA 91109-7220 |
| San Diego Gas & Electric<br>Attn:  Corporate Officer<br>P.O. Box 22111<br>Santa Ana, CA 92799-5111 | Southern California Edison<br>Attn:  Carol<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | Southern California Gas Co.<br>Attn:  Corporate Officer<br>P.O. Box C<br>Monterey Park, CA 91756 |
| Verizon/Verizon Wireless<br>Attn:  Corporate Officer<br>P.O. Box 9688<br>Mission Hills, CA 91346-9688 | Western Heights Water<br>Attn:  Corporate Officer<br>32352 Avenue "D"<br>Yucaipa, CA 92399 | |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28