| | |
|---|---|
| 1 | ROBERT E. OPERA – State Bar No. 101182 |
| | ropera@winthropcouchot.com |
| 2 | KAVITA GUPTA – State Bar No. 138505 |
| | kgupta@winthropcouchot.com |
| 3 | **WINTHROP COUCHOT** |
| | **PROFESSIONAL CORPORATION** |
| 4 | 660 Newport Center Drive, Suite 400 |
| | Newport Beach, CA 92660 |
| 5 | Telephone: (949) 720-4100 |
| | Facsimile: (949) 720-4111 |

**FILED & ENTERED**

**FEB 15 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kent        DEPUTY CLERK**

[Proposed] General Insolvency Counsel for
Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

☒ FORBCO MANAGEMENT CORPORATION, a California corporation
☒ FORBCO SIZZLER PARTNERS, L.P., a California limited partnership
☒ W & J HIGGINS INVESTMENTS L.P., a California limited partnership
☒ L & G RESTAURANTS, LLC, a California limited liability company

Debtors and
Debtors-in-Possession.

Case No. 8:11-bk-11428-RK

Jointly Administered with
Case Nos. 8:11-bk-11439-RK;
8:11-bk-11442-RK; and 8:11-bk-11444-RK

Chapter 11

**ORDER LIMITING NOTICE OF CERTAIN MATTERS REQUIRING NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

DATE:   February 11, 2011
TIME:   9:30 a.m.
PLACE:  Courtroom 5D
        411 W. 4th Street
        Santa Ana, CA 92701

On February 11, 2011, at 9:30 a.m., the Court held a hearing on the *Debtors' <u>Emergency Motion to Limit Notice Of Certain Matters Requiring Notice to Creditors Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure</u>* (the "Motion")[1] filed by Forbco Management Corporation, a California corporation, Forbco Sizzler Partners, L.P., a California limited partnership, W&J Higgins Investments, L.P., a California limited partnership, and L&G Restaurants, LLC, a California limited liability company, the jointly administered debtors and debtors-in-possession in the above Chapter 11 proceedings (collectively, the "Debtors"). Robert E. Opera of Winthrop Couchot Professional Corporation appeared on behalf of the Debtors. Other appearances were as stated on the record of the proceedings before the Court.

The Court having reviewed the Motion, the Declaration of Ronald Jeffrey Higgins filed in support thereof, the pleadings and other documents on file in these Chapter 11 cases, the representations and arguments of counsel, and the Court finding that, under the circumstances of these cases, the notice given of the hearing on the Motion was sufficient, and for other good and adequate cause,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. Except as provided herein, notices in this case shall be served only upon the following entities:

    a. The Office of the United States Trustee;

    b. The unsecured creditors holding the 20 largest claims in the Debtors' cases, or, if a committee of unsecured creditors is formed, to the committee or to any counsel employed by the committee;

    c. Secured creditors or to their counsel; and

    d. All parties who file and serve requests for special notice in this case.

3. Notwithstanding the foregoing, the Debtors shall serve on all creditors notice of the following proceedings:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

1    a.    The time fixed for filing objections to, and the hearing to consider approval of, a disclosure statement;

2    b.    The time fixed for filing objections to, and the hearing to consider confirmation of, a plan;

3    c.    Any time fixed for filing objections to, and any hearing to consider, a proposed sale of all or substantially all assets of any of the Debtors' estates;

4    d.    Notices with respect to claims bar dates; and

5    e.    Any time fixed for filing objections to, and any hearing on, a dismissal of the case.

4.    No further hearing or notice is necessary to effectuate the foregoing.

###

DATED: February 15, 2011

_____
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER LIMITING NOTICE OF CERTAIN MATTERS REQUIRING NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 11, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

Honorable Robert Kwan
USBC – Santa Ana Division
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 11, 2011 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER LIMITING NOTICE OF CERTAIN MATTERS REQUIRING NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 11, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Forbco Management Corporation
27121 Towne Centre Dr., #250
Foothill Ranch, CA 92610

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page