1  Peter C. Anderson
   United States Trustee
2  Michael J. Hauser (state bar no. 140165)
   Attorney for U.S. Trustee
3  Ronald Reagan Fed. Bldg. & U.S. Courthouse
   411 W. Fourth Street
4  Suite 9041
   Santa Ana, CA 92701-8000
5  Telephone: (714) 338-3400
   Facsimile (714) 338-3421
6  E-Mail:  Michael.Hauser@usdoj.gov

7

8               **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10              **SANTA ANA DIVISION**

11

12

13  In re:                                    **Case No. 8:11-bk-11428 RK**

14  ☒  FORBCO MANAGEMENT CORPORATION,         Jointly Administered with Case Nos.
       a California corporation                8:11-bk-11439 RK; 8:11-bk-11442 RK;
15  ☒  FORBCO SIZZLER PARTNERS, L.P.,          8:11-bk-11444-RK
       a California limited partnership
16  ☒  W & J HIGGINS INVESTMENTS L.P.,
       a California limited partnership        Chapter 11 Proceedings
17
    ☒  L & G RESTAURANTS, LLC,                 U.S. TRUSTEE'S COMMENTS FOR
18     a California limited liability company, COURT'S STATUS CONFERENCE
19
                                              DATE: **September 7, 2011**
20             Debtors and                    TIME:  **11:00 a.m.**
               Debtors-in-Possession.         CTRM: **5D**
21

22  The following information is provided to advise the Court as to the current status of the above-

23  captioned cases:

24      1.  The Debtors have not filed their Monthly Operating Reports ("MORs") for the month of

25          May 2011, which were due on June 15.

26      2.  The Debtors have not filed their MORs for the month of June 2011, which were due on

27          July 15.

28

1      3. The Debtors have not filed their MORs for the month of July 2011, which were due on

2      August 15.

3

4  Date: <u>September 2, 2011</u>        <u>/s/ Michael J. Hauser</u>

                                    MICHAEL J. HAUSER

5                                  ATTORNEY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:  Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701.

The foregoing document described: UNITED STATES TRUSTEE'S COMMENTS FOR COURT'S STATUS HEARING, will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s)( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 2, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**Robert E Opera**
ropera@winthropcouchot.com,sconnor@winthropcouchot.com;pj@winthropcouchot.com

II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):

On **September 2, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 2, 2011**,  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
 Via personal delivery:
**Judge Robert Kwan** - Bin Outside of Room 5097

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 2, 2011 | Michael Hauser | /s/ Michael Hauser |
| Date | Type Name | Signature |